ACCEPTED
14-14-00109-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/25/2015 5:02:06 PM
CHRISTOPHER PRIN
CLERK

14-15-00109-CV

# Cause No. 14-14-00109-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 5:02:06 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FOURTEENTH JUDICIAL DISTRICT
## AT HOUSTON

*IN RE GENE TIMBERLAKE, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE OF JOANNE HUGHES TIMBERLAKE,
Relator.*

Trial Court Cause No. 380,396
From Statutory Probate Court No. Two
Harris County, Texas

## RESPONDENTS RAY AND CECELIA TIMBERLAKE'S SWORN MOTION FOR AN 8-DAY CONTINUANCE OF THE WEDNESDAY, MARCH 25, 2015 MANDAMUS RESPONSE DATE TO THURSDAY, APRIL 2, 2015

**Filed on March 25, 2015**

**OF COUNSEL:**

**W. Cameron McCulloch, Jr.**
State Bar No. 00788930
  cameron.mcculloch@mmlawtexas.com
**Adrianne A. Graves**
  adri.graves@mmlawtexas.com
**MACINTYRE MCCULLOCH
STANFIELD YOUNG**
2900 Weslayan, Ste. 150, Houston, Texas 77027
(713) 572-2900 (phone)
(713) 572-2902 (fax)

**David A. Furlow**
State Bar No. 07555580
**Lead Counsel on Appeal**
**DAVID A. FURLOW, PC**
4126 Rice Blvd.
Houston, Texas 77005
(713) 202.3931 (phone)
(866) 382-0147 (fax)
dafurlow@gmail.com

**COUNSEL FOR RESPONDENTS RAY AND CECELIA TIMBERLAKE**

To the Honorable Justices of the Fourteenth Court of Appeals:

As set forth below, Respondents and Real Parties in Interest Ray and Cecelia Timberlake (hereinafter the "Timberlake Family") conditionally seek an 8-day, first-time extension of the Wednesday, March 25, 2015 response deadline to and through Thursday, April 2, to file one brief fully responsive to to Relator Gene Timberlake's mandamus petition and his response to the Timberlake Family's motion to dismiss this mandamus proceeding.

## RELIEF REQUESTED: LEAVE TO FILE A BRIEF FULLY RESPONSIVE TO RELATOR GENE TIMBERLAKE'S MANDAMUS PETITION AND RESPONSE TO THE TIMBERLAKE FAMILY'S MOTION TO DISMISS THIS MANDAMUS PROCEEDING

1. Responding to Relator Gene Timberlake's massive mandamus petition and the huge record that fills this Court of Appeals' website is a daunting task that can and will be finished if this Court grants the Timberlake Family's appellate attorney David A. Furlow an additional eight days to complete the existing draft of a brief he has prepared in the previous weeks. A delay of another eight days will prejudice no one since Relator Gene Timberlake filed this mandamus petition one year and four months after the Honorable Michael Wood signed the September 18, 2013 Order Granting New Trial that Relator complains of in his February 9, 2015 petition.

2. The Timberlake Family requests an extension of the February 25, 2015 response deadline by 8 days to extend the deadline from Wednesday,

March 25, 2015, to and through Thursday, April 2, 2015 so that they can file a *full response* to Relator's mandamus petition and dismissal response after reviewing that brief with their appellate counsel and trial court co-counsel.

**SERIOUS SCHEDULING CONFLICTS INVOLVING OUT OF TOWN LITIGATION, THE DEATH OF A CLOSE COLLEAGUE, AND OTHER MATTERS PRECLUDED THE TIMBERLAKE FAMILY'S APPELLATE COUNSEL DAVID A. FURLOW FROM FILING A FULL MANDAMUS RESPONSE BY MARCH 25, 2015**

3. The Timberlake Family's counsel David A. Furlow needs another 8 days to complete his work and e-file the Timberlake Family's mandamus response brief. He has completed a draft response but needs additional time to develop its arguments, add legal authorities and record citations, proof the resulting brief, review it with two clients and four co-counsel, and then link it to existing record exhibits and four more exhibits not previously in the Record but important to the resolution of this case.

4. The Timberlake Family file this motion under Rules 10.5, 49.1, and 49.8, TEX. R. APP. P., to ask this Court to grant their motion to extend the February 25, 2015 mandamus-response deadline by 28 days to March 25, 2015 as a result of serious scheduling conflicts on the part of the Respondent Timberlake Family's counsel.

5. Appellants set forth the following facts pursuant to the requirements of Rule 10.5(b), TEX. R. APP. P. This is a mandamus proceeding

complaining of the Honorable Michael Wood's September 18, 2013 order granting the Timberlake Family's motion for new trial regarding a June 14, 2013 final judgment.

6. Judge Michael Wood's September 18, 2013 new trial order contained a detailed and thoughtful explanation of the many reasons justice compelled him to vacate his June 14, 2013 final judgment and to vacate the September 24, 2012 verdict on which it was based.

7. This Court set a Wednesday, February 25, 2015 date for a response that the Timberlake Defendants satisfied, at least in part, by filing their February 25, 2015 motion to dismiss Relator Ray Timberlake's mandamus petition. The Timberlake Family incorporates by reference that motion to dismiss and asks this Court to take judicial notice of it under Texas Rule of Evidence 201(d).

8. This is the second motion the Timberlake Family has filed to explain their and their counsel's reasonable need for an extension of the February 25, 2015 deadline for filing a response. The Timberlake Family obtained a March 25, 2015 extended date to make use of the 20-volume Reporter's Record that they never saw or received prior to this Court's request for a February 25, 2015 response. Their counsel has now reviewed that extensive record but needs an additional 8 days to finalize and e-file the

Timberlake Family's mandamus response brief.

9. An overscheduled February and March 2015 already filled with short-notice pending barratry/First Amendment and MDL litigation on behalf of Mike and Paul Kubosh in three separate district court cases and one MDL proceeding precluded the Timberlake Family's lead counsel David A. Furlow from filing a full response by February 25, 2015 and by March 25, 2015 as well. There were good reasons the Timberlake Family's appellate counsel David A. Furlow lacked adequate time to prepare a full, evidentiary response to Relator Gene Timberlake's mandamus petition by the extended March 25, 2015 deadline.

10. At the time that appellate counsel David Furlow received this Court's request for a response to Relator's mandamus petition, Furlow was already committed to completing other responses to completing briefing and responses to pending motions and proceedings in:

(1) *Michael Youngblood, Plaintiff v. Felix Michael Kubosh, et al., Defendants*, Cause No. B194-221 in the 60th Judicial District Court of Jefferson County;

(2) *Brandon Nash v. Kubosh Bail Bonding, et al.*, Cause No. E-196182, in the 172nd District Court, Jefferson County, Texas;

(3) Cause No 15-0084, in the Judicial Panel on Multidistrict Litigation, *In Re Kubosh Litigation;* and

(4) a 72-plaintiff case, *William Carter, et al., Plaintiffs v. Felix Michael Kubosh, et al., Defendants*, Cause No. 2013-50819 in

Harris County District Court Judge Michael Gomez's 129th Judicial District Court of Harris County, Texas.

11. All four of those cases required responses and briefing in the period before February 25, 2015 and, surprisingly, in the period between February 25 and March 25, 2015. That legal work included one lengthy evidentiary/discovery hearing in the 72-plaintiff case, *William Carter,* Cause No. 2013-50819 in the 129th Judicial District, on Monday, February 23, 2015 and another on Monday, March 2, 2015, as well as repeated filings through today in a related MDL proceeding. Because of work undertaken in hearings David Furlow attended, the Kubosh Defendants and Counter-Plaintiffs represented won a motion compelling Plaintiffs William Carter and Third Party Defendant Andrew Sullo to produce previously unproduced records.

12. In early February Furlow had just undergone two days of hospitalization at the Methodist Hospital for cardiac and blood tests; in addition, he had two jaw/maxillary and dental implant surgeries already scheduled. As recently as yesterday Furlow has been undergoing medical care with his dentist Dr. Gregory Snow, M.D. and physician Dr. Rachel Guy, M.D. in connection with the jaw surgery and Methodist hospitalization.

13. During February 2015, a close family friend, Dr. Karin Goldstein, chief archaeologist of Plimoth Plantation, died of cancer at the age of 49. Louise Goldstein, Karen's mother, and Dr. Richard Pickering, the

Assistant Deputy Director of Plimoth Plantation, asked me to offer a memorial eulogy for Karin Goldstein. David Furlow left Houston at 8:25 AM on the morning of Tuesday, February 10, 2015, but soon learned that the Boston blizzard would postpone my arrival. Furlow arrived in Plymouth, Massachusetts at 10 PM that night, met with members of the Goldstein family and colleagues at Plimoth Plantation the next day, delivered his eulogy as part of Plimoth Plantation's memorial service at 3 PM, and arrived back in Houston at 10:45 PM on Wednesday night, February 11, 2015.

14. In addition to the litigation, hospitalization, and death-related cross-country travel, Furlow has been completing the editing process of the Spring 2015 issue in his role as Executive Editor of *The Texas Supreme Court Historical Society Journal.* David personally oversaw the completion and March 4, 2015 publication of the 90-page Spring 2015 issue of the *Journal* that focused on the history of the Texas Constitution, as found at http://www.texascourthistory.org/documents/TSCHS_Journal_Spring2015.pdf (last accessed March 25, 2015).

15. David A. Furlow prepared and presented his paper and PowerPoint about the history of school prayer litigation in Texas as the Texas Supreme Court Historical Society's speaker at the Texas State Historical Association's Annual Meeting in Corpus Christi next Friday, March 6, 2015.

16. David Furlow has been responsible for preparing lengthy reports and editing videos of the Texas State Historical Association papers and Powerpoints with the State Bar of Texas for the Friday, March 27, 2015 Spring Meeting of the Texas Supreme Court Historical Society in Austin.

17. In light of these serious scheduling conflicts involving both litigation and long-planned State Bar and Texas Supreme Court Historical Society programs under tight deadlines, David Furlow was unable to complete finalization of the Timberlake Family's Mandamus Response Brief by March 25, 2015.

18. With another 8 day extension, David Furlow can turn the draft Timberlake Family Mandamus Response Brief into a completed brief which he will then e-file in this Court on or before April 2, 2015.

19. The Timberlake Family and David Furlow respectfully request the Fourteenth Court of Appeals to grant the Timberlake Family a reasonable extension through Thursday, April 2, 2015 if the Court does not first dismiss Relator Gene Timberlake's mandamus petition.

20. The Timberlake Family Respondents/Real Parties in Interest are filing this Conditional Motion for Continuance and to Extend Appellate Briefing Deadline by 8 days **not for undue delay but to protect the rights of Ray and Cecelia Timberlake**.

8

21.     The Timberlake Family's lead counsel David Furlow contacted Relator Gene Timberlake's lead counsel James Doyle about whether his client Gene Timberlake would oppose the requested extension through April 2, 2015. Mr. Doyle was not opposed to the last motion. **The Timberlake Family will supplement this motion to state whether Relator Gene Timberlake opposes this motion for an 8-day extension.**

22.     In *Stangel v. Parker*, 945 S.W.2d 1 (Tex. 1997) (*per curiam*), a unanimous Texas Supreme Court held that an appellate court must grant a timely-filed motion for extension of a deadline, in that case the filing of a motion for rehearing, based on a reasonable explanation of the need for a postponement. As the Texas Supreme Court observed,

> Under Rule 100(a), a party has fifteen days after the court of appeals' rendition to file a motion for rehearing. TEX. R. APP. P. 100(a). However, under Rule 100(g) a party can obtain a time extension if the party moves for an extension of time not later than fifteen days after the date for filing the motion for rehearing. TEX. R. CIV. P. 100(g); *see also* TEX. R. APP. P. 73 (about the form of the motion for extension). The motion must contain facts that reasonably explain the need for additional time. TEX. R. APP. P. 100(g). Consequently, if a party timely moves for a time extension to file its motion for rehearing and reasonably explains the need for an extension, the appellate court must grant the motion. *See Nolan v. Ramsey*, 783 S.W.2d 212, 213 (Tex. 1990); *see also Head v. Twelfth Court of Appeals*, 811 S.W.2d 570, 571 (Tex. 1991).
>
> Here, Stangel met Rule 100(g)'s deadline by filing his motion for extension not later than fifteen days after the last date for filing a motion for rehearing. In fact, Stangel mailed his

motion two days before the initial January 24 motion for rehearing filing deadline, and the record reflects that the court of appeals received it the next day, on January 23. Additionally, Stangel's motion reasonably explains his need for more time. As in Nolan, we conclude that Stangel's timely motion reasonably explains the need for a time extension as Rule 100(g) requires. See Nolan, 783 S.W.2d at 213. The court of appeals abused its discretion by denying Stangel's extension request.

Stangel is entitled to file a motion for rehearing and to have the court of appeals rule on its merits. Accordingly, Stangel is extended fifteen days from the date of this opinion to file his motion for rehearing. The case is to remain in the court of appeals for a ruling on Stangel's motion for rehearing.

*Id.* at 114-115. Neither the Texas Supreme Court nor any other court has ever reversed or limited the *Stangel* decision. The Timberlake Family's appellate counsel David A. Furlow verifies this motion through an affidavit.

### CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, the Timberlake Family and their appellate counsel respectfully request an extension of 8 days through the end of Thursday, April 8, 2015 to file a full response if this Court does not first dismiss Relator Gene Timberlake's mandamus petition. The Timberlake Family and their appellate counsel respectfully also request such other relief to which they may show themselves entitled.

**E-filed on March 25, 2015**

Of Counsel:

**W. Cameron McCulloch, Jr.**
State Bar No. 00788930
  cameron.mcculloch@mmlawtexas.com
**Adrianne A. Graves**
  adri.graves@mmlawtexas.com
**MACINTYRE MCCULLOCH
STANFIELD YOUNG**
2900 Weslayan, Ste. 150
Houston, Texas 77027
(713) 572-2900 (phone)
(713) 572-2902 (fax)

ss://*David A Furlow*
**David A. Furlow**
State Bar No. 07555580
**Lead Counsel on Appeal**
**David A. Furlow, PC**
4126 Rice Blvd.
Houston, Texas 77005
(713) 202.3931 (phone)
(866) 382-0147 (fax)
dafurlow@gmail.com

## Counsel's Verification of the Authenticity of these Record Excerpts Serving as Exhibits to the Timberlake Family's Motion to Dismiss Relator Gene Timberlake's Mandamus Petition, Which is Incorporated by Reference Herein

THE STATE OF TEXAS    §

                                             §

COUNTY OF HARRIS        §

"My name is David A. Furlow and I have served as lead appellate counsel for Defendants/Respondents Ray and Cecelia Timberlake at all times since September 25, 2013.

"I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein.

"I have personal knowledge of all matters set forth in verification, and they are true. I hereby certify that I have read this response and motion and I swear, subject to the penalties of perjury, that every factual statement in it is true and supported by competent evidence. I am filing this Conditional Motion for Continuance and to Extend Appellate Briefing Deadline by 28 days not for undue delay but to protect the rights of Defendants/Respondents Ray and Cecelia Timberlake.

"I depose and state, based on his personal knowledge as the Timberlake Defendants'/Respondents' appellate counsel and based on my familiarity with all of the pleadings, motions, responses, replies, rejoinders, and evidence filed by all of the parties to the case in the Honorable Michael Wood's Harris County Probate Court, as well as my knowledge of my correspondence with Court Reporter Tina White in that court.

"I ask this Court to take Texas Rule of Evidence 201(d) judicial notice of that evidence attached to the e-filed motion to dismiss filed on behalf of the Timberlake Family Respondents/Real Parties in Interest in that case.

12

"As a matter of personal knowledge, each of the exhibits attached to the previously-filed Timberlake Respondents' Motion to Dismiss, which are incorporated by reference herein, were true copies of documents copied from the Court files or correspondence between David A. Furlow and Court Reporter Tina Martin in the Honorable Michael Wood's Harris County Statutory Probate Court.

"Further affiant/declarant sayeth not."

//ss: *David A. Furlow*

David Furlow

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4, I hereby certify that this is a computer-generated document created in Microsoft Word, using 14-point typeface for all text, except for footnotes, which are in 12-point typeface. In making this certificate of compliance, I am relying on the word count provided by the Microsoft Word software used to prepare this document.

//ss: *David A. Furlow*

David A. Furlow

## CERTIFICATE OF SERVICE

As required by Texas Rules of Appellate Procedure 6.3, 9.5(b), (d), (e), and 52.7(c), I certify that a true copy of **Respondents Ray and Cecelia Timberlake's Motion for an 8-Day Extension of the March 25, 2015 Response Deadline through Thursday, April 2, 2015** has been served on all other parties and counsel in the trial court as listed below on March 25, 2015, as follows:

Judge Michael Wood
Probate Court No. Two
Harris County Civil Courthouse
201 Caroline, 6th Floor
Houston, Texas 77002
By Electronic Service and U.S. Mail
**RESPONDENT**

Mr. James Eloi Doyle
jdoyle@drhrlaw.com
Ms. N. Kimberly Hoesl
khoesl@drhrlaw.com
DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
440 Louisiana, Suite 2300
Houston, Texas 77002
(713) 228-5100 (telephone)
**RELATOR'S COUNSEL**

Mr. W. Cameron McCulloch, Jr.
cameron.mcculloch@mmlawtexas.com
Ms. Adrianne A. Graves
adri.graves@mmlawtexas.com
**MACINTYRE MCCULLOCH STANFIELD YOUNG**
2900 Weslayan, Suite 150
Houston, Texas 77027
**RESPONDENTS/REAL PARTIES IN INTERESTS' COUNSEL**

14

Ms. Linda C. Goehrs
l.goehrs@horrgoehrs.com
Mr. Rudolph M. Culp
rmc@horrgoehrs.com
HORRIGAN & GOEHRS, L.L.P.
5020 Montrose, Suite 500
Houston, Texas 77006
**RESPONDENTS/REAL PARTIES IN INTERESTS' COUNSEL**

ss://*David A Furlow*

**David A. Furlow**